In the Matter of the Claim of HARRY RICH, Respondent, against AMERICAN RADIATOR COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued March 4, 1936; decided March 20, 1936.)

*Wallace H. Miller* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: FINCH, J.